IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MEREDITH GARRARD STEVENS, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>NANCY BUCKNER, in her )<br>personal and individual )<br>capacity and in her )<br>official capacity as )<br>Commissioner of the )<br>Alabama Department of )<br>Human Resources; et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>2:16cv456-MHT<br>(WO) |

### JUDGMENT

In accordance with the memorandum opinion entered today, and pursuant to Federal Rule of Civil Procedure 4(m), it is ORDERED that the claims against defendant Dynasty Simmons are dismissed from this action without prejudice, and defendant Simmons is terminated as a party to this action.  No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 7th day of March, 2017.

    /s/ Myron H. Thompson
  **UNITED STATES DISTRICT JUDGE**