IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MEREDITH GARRARD STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv456-MHT |
| | ) | (WO) |
| NANCY BUCKNER, in her | ) | |
| personal and individual | ) | |
| capacity and in her | ) | |
| official capacity as | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Human Resources; et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that officials and employees of the Alabama Department of Human Resources denied her due process and acted with deliberate indifference in listing her on a state registry; she also brings several related claims under state law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted to the extent that Counts I and

II of the complaint, which seek injunctive and declaratory relief for the denial of due process, should be dismissed as moot. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2017.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**