# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MEREDITH GARRARD STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv456-MHT |
| | ) | (WO) |
| NANCY BUCKNER, in her | ) | |
| personal and individual | ) | |
| capacity and in her | ) | |
| official capacity as | ) | |
| Commissioner of the | ) | |
| Alabama Department of | ) | |
| Human Resources; et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 30) is adopted.

(2) Defendants' motion to dismiss (doc. no. 11) is granted to the extent that Counts I and II of the complaint are dismissed as moot. All other claims remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to United States Magistrate Judge for further proceedings.

DONE, this the 25th day of September, 2017.

                                       /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**