IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MEREDITH GARRARD STEVENS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY BUCKNER, in her )<br>personal and individual )<br>capacity and in her )<br>official capacity as )<br>Commissioner of the )<br>Alabama Department of )<br>Human Resources; et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:16cv456-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that officials and employees of the Alabama Department of Human Resources acted with deliberate indifference in listing her on a state registry; she also brings several related claims under state law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's sole federal claim be dismissed as moot, and that the court dismiss the state-law claims

as well.  The magistrate judge does not explain the recommended basis for the dismissal of the state-law claims; however, the court assumes that the basis of the recommendation is 28 U.S.C. § 1367(c)(3), which grants this court discretion to decline to exercise supplemental jurisdiction over the state-law claims when no federal claims remain in a case.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of February, 2018.

                                              /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**