IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MEREDITH GARRARD STEVENS,     )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )      2:16cv456-MHT
                              )          (WO)
NANCY BUCKNER, in her         )
personal and individual       )
capacity and in her           )
official capacity as          )
Commissioner of the           )
Alabama Department of         )
Human Resources; et al.,      )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 46) is adopted.

(2) Defendants' motion to dismiss (doc. no. 11) is granted to the extent that the remaining federal claim, Count III of the complaint, is dismissed as moot.

(3) Pursuant to 28 U.S.C. § 1367(c)(3), the court

declines to exercise supplemental jurisdiction over plaintiff's state-law claims, and the state-law claims are dismissed without prejudice and with leave to refile in state court.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of February, 2018.

                                    /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**